United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RHEUMATOLOGY DIAGNOSTICS LABORATORY, INC, et al.,

Plaintiffs,

v.

AETNA, INC., et al.,

Defendants.

Case No. 12-cv-05847-WHO

**ORDER RELATING CASES**

Re: Dkt. No. 221

Having considered the administrative motion to designate this case as related to *Eastman v. Quest Diagnostics Inc.*, No. 15-cv-00415-WHO (N.D. Cal. Jan. 29, 2015), I find that the cases are related, and the Clerk shall designate them as such. As the cases were filed years apart and are both already pending before me, the schedules in both cases shall remain as currently set.

**IT IS SO ORDERED**.

Dated: February 6, 2015



WILLIAM H. ORRICK
United States District Judge