Richard D. Raskin
rraskin@sidley.com
(admitted *pro hac vice*)
Allison W. Reimann
areimann@sidley.com
(admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Attorneys for Defendant
QUEST DIAGNOSTICS INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLEEN EASTMAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> QUEST DIAGNOSTICS INCORPORATED, <br><br> Defendant. | Case No. 3:15-cv-00415-WHO <br><br> **JOINT STIPULATED REQUEST PURSUANT TO CIVIL L.R. 6-2 TO MOVE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND ORDER** |

**STIPULATED REQUEST**

WHEREAS, on February 2, 2015, the Court entered an order setting a Case Management Conference on May 5, 2015, at 2:00 p.m.;

WHEREAS, on March 16, 2015, Defendant Quest Diagnostics Incorporated filed a motion to dismiss Plaintiffs' Complaint and noticed a hearing on that motion for May 13, 2015 at 2:00 p.m.;

WHEREAS, the parties believe that it would be beneficial to move the Case Management Conference to the same date and time as the hearing on Defendant's motion to dismiss (*i.e.*, May 13, 2015 at 2:00 p.m.), if the Court's schedule allows for such a change;

NOW THEREFORE, pursuant to Civil Local Rule 6-2, the parties agree and stipulate and respectfully request an order from the Court as follows:

1. The Case Management Conference shall be moved to May 13, 2015 at 2:00 p.m.

2. The deadline for the parties to (*a*) meet and confer regarding (i) the topics set forth in Federal Rule of Civil Procedure 26(f) and (ii) ADR process selection in accordance with Local ADR Rule 3-5(a); and (*b*) file an ADR Certification and either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Local ADR Rule 3-5(b) and (c) and Local Rule 16-8(b) and (c) shall be extended to April 22, 2015.

3. The deadline for the parties to file a Rule 26(f) Report and Case Management Statement and to make initial disclosures or state objection to initial disclosures in the Rule 26(f) Report shall be extended to May 6, 2015.

IT IS SO STIPULATED.

Dated: April 13, 2015

SIDLEY AUSTIN LLP

By: /s/ Ryan M. Sandrock
     Ryan M. Sandrock

Richard D. Raskin
rraskin@sidley.com
(admitted *pro hac vice*)
Allison W. Reimann

2

JOINT STIPULATED REQUEST PURSUANT TO CIVIL L.R. 6-2 TO MOVE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND ORDER; CASE NO. 3:15-CV-00415-WHO

1  areimann@sidley.com
   (admitted *pro hac vice*)
2  Sidley Austin LLP
   One South Dearborn Street
3  Chicago, Illinois  60603
   Telephone:  (312) 853-7000
4  Facsimile:  (312) 853-7036

5

6  Ryan M. Sandrock (SBN 251781)
   rsandrock@sidley.com
7  SIDLEY AUSTIN LLP
   555 California Street
8  Suite 2000
   San Francisco, California  94104
9  Telephone:  (415) 772-1200
   Facsimile:  (415) 772-7400
10 Telephone: (415) 772-1200

11 *Attorneys for Quest Diagnostics Incorporated*

12

13 By: /s/ J. Ross Wallin_____
   GRAIS & ELLSWORTH LLP
14 J. Ross Wallin
   (admitted *pro hac vice*)
15 Silvia Ostrower
   (admitted *pro hac vice*)
16 1211 Avenue of Americas
   New York, NY 10036
17 Telephone: (212) 755-0100
   Telecopy: (212) 755-0052
18 Emails:
   rwallin@graisellsworth.com
19 sostrower@graisellsworth.com

20 By: /s/ R. Stephen Berry_____

21
   R. Stephen Berry (D.C. Bar No. 234815)
22 (admitted *pro hac vice*)
   BERRY LAW PLLC
23 1717 Pennsylvania Avenue, N.W.
   Suite 450
24 Washington, D.C. 20006
   Telephone: (202) 296-3020
25 Facsimile: (202) 296-3038
   sberry@berrylawpllc.com
26

27 By: /s/ Colleen Duffy-Smith_____
   MORGAN DUFFY-SMITH &
28

3

1
2
3
4
5

TIDALGO LLP
Colleen Duffy-Smith (CA Bar No. 161163)
1960 The Alameda, Suite 220
San Jose, CA 95126
Telephone: (408) 244-4570
cduffysmith@mdstlaw.com

*Attorneys for Plaintiffs*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this stipulation attests that he has obtained concurrence in the filing of this document from each of the other Signatories.

Dated: April 13, 2015

SIDLEY AUSTIN LLP

By: /s/ Ryan M. Sandrock
Ryan M. Sandrock

4

JOINT STIPULATED REQUEST PURSUANT TO CIVIL L.R. 6-2 TO MOVE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND ORDER; CASE NO. 3:15-CV-00415-WHO

**ORDER**

Pursuant to stipulation, it is ORDERED as follows:

1. The Case Management Conference shall be moved to May 13, 2015 at 2:00 p.m.

2. The deadline for the parties to (*a*) meet and confer regarding (i) the topics set forth in Federal Rule of Civil Procedure 26(f) and (ii) ADR process selection in accordance with Local ADR Rule 3-5(a); and (*b*) file an ADR Certification and either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Local ADR Rule 3-5(b) and (c) and Local Rule 16-8(b) and (c) shall be extended to April 22, 2015.

3. The deadline for the parties to file a Rule 26(f) Report and Case Management Statement and to make initial disclosures or state objection to initial disclosures in the Rule 26(f) Report shall be extended to May 6, 2015.

Dated: April 14, 2015



Judge William H. Orrick