MORGAN DUFFY-SMITH & TIDALGO LLP
COLLEEN DUFFY-SMITH, State Bar No. 161163
    cduffysmith@mdstlaw.com
GEOFF BENTZEL, State Bar No. 250073
    gbentzel@mdstlaw.com
1960 The Alameda, Suite 220
San Jose, California 95126
Telephone:    408-244-4570
Facsimile:    408-423-8830

*Attorneys for Plaintiffs*

[Additional counsel on last page]

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco Division)

| | |
|---|---|
| **COLLEEN EASTMAN, CHRISTI CRUZ, CARMEN MENDEZ,**<br><br>**Plaintiffs Individually and as Members of a Class**<br><br>v.<br><br>**QUEST DIAGNOSTICS INCORPORATED,**<br><br>**Defendant** | Case No.: 3:15-cv-00415-WHO<br><br>NOTICE OF APPEAL |

    Notice is hereby given that Plaintiffs as proposed representatives of the classes hereby appeal to the United States Court of Appeals for the Ninth Circuit from the dismissal of the First Amended Complaint entered in this matter on November 25, 2015 (DKT. No. 59), and denial of Plaintiffs' request to supplement the record (DKT. No. 57).

    Attached is Plaintiffs' Representation Statement.

| | | |
|---|---|---|
| 1 | Dated:  December 11, 2015 | Respectfully submitted, |
| 2 | MORGAN DUFFY-SMITH & TIDALGO LLP | BY: */s/ R. Stephen Berry* |
| 3 | COLLEEN DUFFY-SMITH<br>State Bar No. 161163 | BERRY LAW PLLC<br>R. Stephen Berry (admitted *pro hac vice*) |
| 4 | cduffysmith@mdstlaw.com<br>GEOFF BENTZEL | 1717 Pennsylvania Avenue NW, Suite 850<br>Washington, DC 20006 |
| 5 | State Bar No. 250073<br>gbentzel@mdstlaw.com | Telephone: (202) 296-3020<br>Facsimile: (202) 296-3038 |
| 6 | 1960 The Alameda, Suite 220<br>San Jose, CA 95126 | |
| 7 | Telephone:  (408) 244-4570 | GRAIS & ELLSWORTH LLP<br>J. ROSS WALLIN (admitted *pro hac vice*) |
| 8 | | rwallin@graisellsworth.com<br>SILVIA OSTROWER(admitted *pro hac* |
| 9 | | *vice*)<br>sostrower@graisellsworth.com |
| 10 | | 1211 Avenue of the Americas<br>New York, NY  10036 |
| 11 | | Telephone: (212) 755-0100<br>Facsimile:  (212) 755-0052 |

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

 I, R. Stephen Berry, hereby certify that on December 11, 2015, a copy of the foregoing Notice of Appeal has been served on counsel of record via the Court's ECF file notification.

            */s/ R. Stephen Berry*
            R. Stephen Berry